UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN MATTOS,<br><br>   Plaintiff,<br><br>   v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, INDIO BRANCH, et al.,<br><br>   Defendants. | Case No.  15-cv-00899-KAW<br><br>**ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California.  Plaintiff's claims arise from events that occurred in Riverside County, which is located in the Central District of California.  Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Central District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(c), 1391(b), 1406(a).

IT IS SO ORDERED.

Dated: March 4, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge